IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PAUL B. MCDOW                                                                                           PLAINTIFF

VS.                                                                                    CIVIL ACTION NO. 4:05CV88LN

GEO CORRECTIONS CORP., WARDEN
GREER, DR. UNKNOWN CARTER, LT.
UNKNOWN THOMAS, SGT. JIMMY
MASON and UNKNOWN BONNER                                                               DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about January 31, 2006, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described claims should be, and the same are hereby, dismissed without prejudice.

SO ORDERED this the 21st day of February, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE